## A. JOHNSON v. THE STATE.

No. 4250. Decided June 19, 1909.

**Gaming—Variance—Complaint—Information.**

Where the complaint charged defendant with betting at a game played with dice, etc., and the information charged that he played at the game with dice called craps, the variance was fatal.

Appeal from the County Court of Johnson. Tried below before the Hon. J. B. Haynes.

Appeal from a conviction of gaming; penalty, a fine of $10.

The opinion states the case.

No brief on file for appellant.

*F. J. McCord,* Assistant Attorney-General, for the State.

BROOKS, Judge.—Appellant was convicted of unlawfully shooting craps and his punishment assessed at a fine of $20.

The complaint in this case alleges that appellant did unlawfully play and bet at a game played with dice, said game played with dice not then and there being played and bet at a private residence occupied by a family, etc. The information charges appellant did then and there unlawfully play and bet at a game played with dice called craps, said game played with dice not then and there being played at a private residence, etc. There is a fatal variance between the allegation and the complaint.

The judgment is reversed and the cause remanded.

*Reversed and remanded.*